IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

WASHINGTON-ST. TAMMANY
ELECTRIC COOPERATIVE, INC.

versus

CIVIL ACTION NO. 08-CV-00430

LOUISIANA GENERATING, L.L.C.

## ORDER

Considering the foregoing Joint Motion to Dismiss With Prejudice,

IT IS HEREBY ORDERED that this matter is dismissed, with prejudice, in its entirety, with each party to bear its own costs.

Baton Rouge, Louisiana, this 17th day of November, 2009.

U.S. DISTRICT COURT JUDGE

{N2053662.1}